**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | West Counseling, PLLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-1835282 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1025 Vine Haven Dr., NE<br>Concord, NC 28025 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cabarrus<br>County | Location of principal assets, if different from principal place of business<br>1025 Vine Haven Dr., NC Concord, NC 28025<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    westcounseling. info

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  West Counseling, PLLC                                    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   6211

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor __West Counseling, PLLC_____     Case number (*if known*)_____
       Name

**11. Why is the case filed in this district?** *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **West Counseling, PLLC**                                      Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/18/2025
              MM / DD / YYYY

X /s/ Andrew West                                     Andrew West
Signature of authorized representative of debtor       Printed name

Title   CEO

**18. Signature of attorney**

X /s/ John C. Woodman                                 Date 5/18/2025
Signature of attorney for debtor                           MM / DD / YYYY

John C. Woodman
Printed name

ESSEX RICHARDS PA
Firm name

1701 South Boulevard
Charlotte, NC 28203
Number, Street, City, State & ZIP Code

Contact phone  (704) -37-7-43x00     Email address  jwoodman@essexrichards.com

42365 NC
Bar number and State

## COMPANY RESOLUTION

I, the undersigned, being the officer WEST COUNSELING, PLLC., a North Carolina professional limited liability company (the "Company"), do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officer of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Essex Richards, P.A., upon such terms and conditions as the Officer of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the Officer of the Company are each severally authorized to retain on behalf of the Company such other professionals as the Officer of the Company deem necessary or appropriate, upon such terms and conditions as the Officer of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the Officer of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the Officer of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
May 18, 2025

WEST COUNSELING, PLLC

By: _____

Print Name: Andrew West
Its: Member

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **WEST COUNSELING, PLLC** | ) | Case No. 25- |
| | ) | Chapter 11 |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for **WEST COUNSELING, PLLC** in the above captioned action, certifies that the following is a limited liability company, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

Andrew West– 95%
Wesley Seabolt – 5%

Date: May 17, 2025
Charlotte, NC

ESSEX RICHARDS, P.A.

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

WEST COUNSELING, PLLC.

By: _____

Print Name: Andrew West
Its: Member

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **WEST COUNSELING, PLLC** | ) | Case No. 25- |
| | ) | Chapter 11 |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Below is a list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

Andrew West– 95%
Wesley Seabolt – 5%

Date: May 18, 2025
Charlotte, NC

                                        **ESSEX RICHARDS, P.A.**

                                        */s/ John C. Woodman*
                                        John C. Woodman (NC Bar No. 42365)
                                        1701 South Boulevard
                                        Charlotte, North Carolina 28203
                                        Tel: (704) 377-4300
                                        Fax:  (704) 372-1357
                                        E-mail: jwoodman@essexrichards.com
                                        *Counsel for the Debtor*

                                        **WEST COUNSELING, PLLC.**

                                        By: _____

                                        Print Name: Andrew West
                                        Its: Member

# United States Bankruptcy Court
## Western District of North Carolina

In re  West Counseling, PLLC  
Debtor(s)

Case No.  _____  
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  5/18/2025

/s/ Andrew West  
Andrew West/CEO  
Signer/Title

John C. Woodman
1701 South Blvd.
Charlotte, NC 28203


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


City-County Tax Collector
P O Box 31637
Charlotte, NC 28231


N.C. Depart of Revenue/Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1650
Charlotte, NC 28202


ABSM, LLC d/b/a Coastal Debt Resolve
6700 N. Andrews Ave.. Ste. 500
Fort Lauderdale, FL 33309


Affirm, Inc.
30 Isabella Street, 4th Floor
Pittsburgh, PA 15212


Affirm.com (Wayfair)
c/o CT Corporation System
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203


Affirm.com -TDF Furniture
c/o CT Corporation System
330 N. Brand Blvd., Ste.700
Glendale, CA 91203


Cabarrus County Tax Collector
65 Church Street South
Concord, NC 28025


Carolina Community - SBA
3128 Highwoods Blvd., Ste. 170
Raleigh, NC 27604


Corporation Service Company as Rep.
P.O. Box 2576
Springfield, IL 62708


Corporation Service Company, as Rep
P.O. Box 2576
Springfield, IL 62708


Corporation Service Company, as Rep.
P.O. Box 2576
Springfield, IL 62708


Dr. Wesly Seabolt
129 S. Main St.
Hiawassee, GA 30546


Funding Strategy Partners, LLC
c/o Robert C. Jacovetti
100 Garden City Plaza, Ste. 227
Garden City, NY 11530


Gerald H. Groon, Jr.
Smith Debnam
4601 Six Forks Road, Suite 400
Raleigh, NC 27609


Joshua Provost, Atty.
25852 McBean Pkwy.#801
Santa Clarita, CA 91355


Maynard Nexsen
1901 6th Ave., N., Ste. 1700
Birmingham, AL 35203


Optum Bank
12921 S. Vista Station Blvd., Ste. 200
Draper, UT 84020


Robert C. Jacovetti
Jacovetti Law, PC
100 Garden City Plaza, Ste. 227
Garden City, NY 11530


SafeHarbor SB f/k/a Global Resources
3 Alton Place
Brookline, MA 02446


SBFS - Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Small Business Administration /Covid EL
409 3rd St., SW
Washington, DC 20416


The Fundworks
299 South Main St., Ste. 1300
PMB 93894
Salt Lake City, UT 84111

```
The Fundworks
299 South Main St., Ste.1300
Salt Lake City, UT 84111


U.S. Small Business Administation
2 North Street, Ste. 320
Birmingham, AL 35203


Velocity Commercial Real Estate
Attn: Randall Bozard
1800 Camden Rd., Ste. 10701
Charlotte, NC 28203


West Counseling, PLLC
Attn: Andrew West
1025 Vine Haven Dr., NE
Concord, NC 28025
```